UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE JENE CECILIA BERRETH,<br>Petitioner,<br>v.<br>JENKINS, Warden,<br>Respondent. | Case No. 17-07324 EJD (PR)<br>**JUDGMENT** |

The instant petition for writ of habeas corpus has been denied on the merits. Judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 3/28/19

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\EJD\HC.17\07324Berreth_judgment